UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATH JAMES COLLETTI | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| PREMIER TUGS, L.L.C. | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

**************************************************************************

**COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of HEATH JAMES COLLETTI, a person of majority age with respect represents:

1.

Made Defendant herein is PREMIER TUGS, L.L.C., a limited liability company licensed to do and doing business in this state and judicial district at all material times.

**FOR A FIRST CAUSE OF ACTION**

2.

At all material times, Defendant, PREMIER TUGS, L.L.C., owned, operated and controlled the M/V MR. LANDON, a vessel in navigation, and employed Plaintiff, HEATH JAMES COLLETTI, as a seaman and crew member of said vessel, for which job Plaintiff earned $535.00 per day, plus found and fringe benefits.

3.

On or about December 12, 2015, while the M/V MR. LANDON was moored in Terrebonne Parish, Louisiana and Plaintiff was working as a Captain aboard the vessel, Plaintiff sustained severe, painful and permanently disabling injuries to his lumbar spine and connecting

muscles, tissues and nerves as a result of the negligence of Defendant, PREMIER TUGS, L.L.C., and the unseaworthiness of the M/V MR. LANDON.

4.

Specifically, Plaintiff was injured when he lost his balance on an uneven steel deck in the vessel engine room while attempting to paint the engine room stairwell, with said uneven deck being defective and constituting an unreasonably dangerous workplace aboard the vessel by design and intended use.

5.

By reason of the forgoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical disability and loss of wages and wage earning capacity, for which damages Plaintiff seeks and is entitled to recover from Defendant in an amount reasonable under the circumstances of this cause.

6.

Jurisdiction over this first cause of action against the aforesaid Defendant, PREMIER TUGS, L.L.C., is based upon the Jones Act, 46 U.S.C. §30104, et seq.

7.

Plaintiff files this Complaint for Damages pursuant to 28 U.S.C. §1916.

**WHEREFORE**, Plaintiff, HEATH JAMES COLLETTI, prays for judgment in his favor and against Defendant, PREMIER TUGS, L.L.C., for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law and for any additional general and equitable relief which the circumstances of this cause may require.

Respectfully submitted,

/s/ Stanley J. Jacobs
STANLEY J. JACOBS (#7211)
JODI J. AAMODT (#21639)
Jacobs, Manuel, Kain & Aamodt
500 St. Louis Street, Suite 200
New Orleans, Louisiana  70130
Telephone: (504) 523-1444
Facsimile: (504) 524-1655
jmk_jodi@bellsouth.net

and


/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com


**PLEASE SERVE:**

**PREMIER TUGS, L.L.C.**
Through its registered agent:
Mr. Neil G. Vincent
ALLEN & GOOCH
2000 Kaliste Saloom Road, Suite 400
Lafayette, Louisiana  70508