UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HEATH JAMES COLLETTI | CIVIL ACTION |
| VERSUS | NO: 17-458 |
| PREMIER TUGS, LLC | SECTION: A/3 |

SCHEDULING ORDER

A Scheduling Conference was held April 7, 2017 by telephone before the Case Manager.

PARTICIPATING: IAN TAYLOR, JODI AAMODT,
HARRY MORSE

Pleadings have been completed. Jurisdiction and venue are established.

All pre-trial motions, including dispositive motions and motions in limine regarding the admissibility of expert testimony, shall be filed and served no later than September 19, 2017 for a submission date no later than October 4, 2017. All other motions in limine shall be filed no later than October 10, 2017 and responses thereto shall be filed no later than ten (10) working days after receipt of the motion. **Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.**

**Counsel are advised that the Court is receptive to requests for oral argument. Oral argument in Section A, if granted, shall be set by the Court via separate order. Hearing dates for Section A may be found at www.laed.uscourts.gov.**

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this order.

Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed. Disclosures will be exchanged within 35 days of this order.

Amendments to pleadings, third-party actions, cross- claims, and counter-claims shall be filed no later than May 22, 2017, in accordance with the Federal Rules of Civil Procedure and Local Rule 7.6.

Written reports of experts, as defined in Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than August 9, 2017 .

Written reports of experts, as defined in Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendant shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than September 8, 2017.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used, not later than September 8, 2017.

Depositions for trial use shall be taken and all discovery shall be completed not later than October 10, 2017.

The Court will not permit any witness, expert or fact, to testify or exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

This case does not involve extensive documentary evidence.

A final pre-trial conference will be held **November 9, 2017 at 10:00 a.m.** before the District Judge. Counsel shall be prepared in accordance with the Pre-Trial Notice attached.

Trial will commence on **November 27, 2017 at 8:30 a.m.** before the District Judge with a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3 day(s).

Deadlines or cut-off dates fixed herein may be extended by the Court only upon timely application and upon a showing of good cause. Trial dates will be strictly adhered to and continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended.

**IT IS ORDERED THAT COUNSEL CONTACT THE ASSIGNED MAGISTRATE JUDGE AS SOON AS POSSIBLE TO SCHEDULE A SETTLEMENT CONFERENCE WHICH IS TO BE HELD NO LATER THAN TWO WEEKS PRIOR TO THE FINAL PRE-TRIAL CONFERENCE.**

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE