**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **HEATH JAMES COLLETTI** | * | **CIVIL ACTION NO. 17-00458** |
| | * | |
| **VERSUS** | * | **SECTION A(3)** |
| | * | |
| **PREMIER TUGS, L.L.C.** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

**********************************************************************************

<u>**CONSENT MOTION TO CONTINUE TRIAL**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Heath Colletti ("Plaintiff"), who files this Consent Motion to Continue Trial in this matter, which currently is scheduled for trial on November 27, 2017.

Plaintiff alleges that he suffered personal injuries to his back while in the course and scope of his employment as a Captain with defendant Premier Tugs, L.L.C. ("Premier") in December 2015. Plaintiff currently is treating with Dr. Eric Graham in Gulfport, Mississippi. Dr. Graham recently recommended that Plaintiff undergo a lumbar laminectomy, facetectomy, and foraminotomy. The surgery is in the process of being scheduled but no date for the surgery has been set at this time.

Given the current uncertainty as to Plaintiff's medical condition, the course of his future treatment, when he may ultimately be declared at Maximum Medical Improvement by his treating physician, and future work restrictions, if any, the parties are in agreement that additional time will be needed in order to properly present the issues at trial in this matter. Counsel for all parties conferred regarding this request for a continuance, consulted with their clients, and no parties object to the requested continuance.

In light of the above, and for the reasons set forth more fully in the attached supportive

1

memorandum, Plaintiff asserts that good cause has been shown and respectfully requests that the trial date and all relevant deadlines in this matter be continued until such time that a scheduling/status conference can be held with all counsel to select a new trial date.

WHEREFORE, Plaintiff, Heath Colletti, respectfully requests that this Consent Motion be granted and that the trial scheduled for November 27, 2017 and all associated deadlines be continued until such time that a scheduling/status conference is held by this Court.

Respectfully submitted,

/s/ Ian F. Taylor
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514          Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 8th day of September, 2017, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.

/s/ Ian F. Taylor