MINUTE ENTRY
KNOWLES, M.J.
JANUARY 16, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**HEATH JAMES COLLETTI**                         **CIVIL ACTION**

**VERSUS**                                       **NO. 17-00458**

**PREMIER TUGS, L.L.C.**                         **SECTION "A" (3)**

A Settlement Conference was conducted on January 11, 2018.

Present:    Stanley Jacobs
            Harry Morse
            Jack Hoyle
            Jodi Aamodt
            Ian Taylor
            Heath Colletti
            Paul Sterbcow

Following numerous discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 3:30